IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN J. MORTON,<br><br>     Plaintiff,<br><br>     v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>     Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-2594-TWT |

ORDER

This is a pro se civil action arising out of a foreclosure proceeding.  It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 5].  I approve and adopt the Report and Recommendation as the judgment of the Court.  The Defendant's Motion to Dismiss [Doc. 5] is GRANTED.

SO ORDERED, this 3 day of December, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Morton\10cv2594\r&r.wpd